THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT
 BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Randy Tucker
 Hall, Petitioner
 v.
 State of South Carolina, Respondent
 
 
 

Appeal From York County
John C. Hayes, III, Trial Judge
Howard P. King, Sentencing Judge
Lee S. Alford, PCR Judge
Unpublished Opinion No. 2007-UP-412
Submitted September 1, 2007  Filed
 October 4, 2007
DISMISSED

 
 
 
 James W. Boyd, of Rock Hill, for Petitioner.
 Attorney General Henry Dargan McMaster; Chief Deputy Attorney
 General John W. McIntosh; Assistant Deputy Attorney General Salley W. Elliott,
 and Assistant Attorney General Julie M. Thames, all of Columbia, for
 Respondent.
 
 
 

ON WRIT OF CERTIORARI
PER CURIAM:  We granted a writ of certiorari to review the denial of
 Petitioners application for post-conviction relief.  After thorough review, we
 dismiss the writ as improvidently granted.[1]
HUFF and STILWELL, JJ., and GOOLSBY, A.J., concur.

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.